**FOURTH DIVISION**
**RICKMAN, C. J.,**
**DILLARD, P. J., and BROWN, J.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

*DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.*

**January 21, 2022**

# In the Court of Appeals of Georgia

A20A0202. SPANN v. DAVIS, et al.

RICKMAN, Chief Judge.

In *Spann v. Davis* et al., Case No. S20G1536, the Supreme Court of Georgia reversed in part and vacated in part the judgment of this Court rendered in *Spann v. Davis*, 355 Ga. App. 673 (2020), in which we affirmed the trial court's sua sponte dismissal of Spann's complaint on the basis of quasi-judicial immunity. The judgment of the Supreme Court is hereby made the judgment of this Court, the trial court's judgment is reversed, and this case is remanded to the trial court for further proceedings in accordance with the Supreme Court's decision.

*Judgment reversed and case remanded. Dillard, P. J., and Brown, J. concur.*